# UNITED STATES DISTRICT COURT
for the

NORTHERN District of NEW YORK

| | |
|---|---|
| United States of America<br>v.<br><br>CHAVDA, Vijaysinh Pruthvisinh<br>*Defendant* | )<br>)<br>) Case No.  8:19-MJ-715 (GLF)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, The complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  October 31, 2019  in the county of  Franklin  in the  NORTHERN  District of NEW YORK , the defendant violated  8  U. S. C. § 1325 (a)(2) , offenses described as follows:

Vijaysinh Pruthvisinh CHAVDA, an alien and citizen of India, did knowingly and unlawfully elude examination and inspection by immigration officers, as he entered the United States from Canada.

This criminal complaint is based on these facts:

On October 31, 2019, United States Border Patrol (USBP) agents at the Massena Border Patrol Station were patrolling State Route 37 near Westville, NY, when they observed New York State Troopers conducting a vehicle stop on a beige Ford F-150 bearing Ontario, Canada license plates AT85956. When agents approached the vehicle New York State Troopers were placing the driver in handcuffs for suspicion of Driving While Intoxicated. Agents were notified by New York State Troopers that they had completed their investigation and allowed agents to conduct an immigration inspection.

As agents approached the passenger side of the vehicle they identified themselves as Border Patrol Agents and asked the occupants of the vehicle as their immigration status. CHAVDA stated that he was a citizen of India and did not have any documentation in his possession to allow him to stay or remain in the United States. The United States requires aliens from India to secure a visa before traveling to the United States. The agent inquired as to CHAVDA immigration status in the United States, to which he replied she was illegally present. CHAVDA was placed under arrest and transported back to the Massena Border Patrol Station for further processing and investigation along with his property.

At the Massena Border Patrol Station CHAVDA was advised of his Miranda rights. He then admitted to flying into Toronto, Canada. When asked how he traveled into the United States he claimed by boat.

Fingerprints of CHAVDA were taken utilizing the IDENT/IAFIS system and it was discovered that CHAVDA was a resident and citizen of India. CHAVDA possessed no valid immigration status in the United States and was not admitted or paroled into the US.

_____
*Complainant's signature*

Nicholas Jacques Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 4, 2019

_____
*Judge's signature*

City and state: Plattsburgh, New York

Gary L. Favro, U.S. Magistrate Judge, N.D.N.Y.